1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6

7

8

9

10

11

12

| JAMES BEAM, | |
| --- | --- |
| Plaintiff, | Case No. 3:13-cv-05875-RBL-KLS |
| v. | ORDER REVERSING AND REMANDING DEFENDANT'S DECISION TO DENY BENEFITS FOR PAYMENT OF BENEFITS |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

13     The Court, having reviewed plaintiff's complaint, the Report and Recommendation of

14  Judge Karen L. Strombom, United States Magistrate Judge, and objections to the report and

15  recommendation, if any, and the remaining record, does hereby find and ORDER:

16     (1)   the Court adopts the Report and Recommendation;

17

18     (2)   the ALJ erred in her decision as described in the Report and Recommendation; and

19     (3)   the matter is therefore REVERSED and remanded to the Commissioner for payment of

20           benefits.

21  DATED this 21st day of August, 2014.

22

23

24

25

26

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1