HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES P BEAM,

    Plaintiff,

v.

CAROLYN COLVIN,

    Defendant.

CASE NO. C13-5875 RBL

ORDER

THIS MATTER is before the Court on Plaintiff James Beam's unopposed motion to amend the August 21, 2014 Order adopting Magistrate Judge Strombom's Report and Recommendation. That order remanded this matter to the Social Security Commissioner for payment of benefits. Beam now asks the Court to specify that his benefits should be paid as of his first date of eligibility. His motion is **GRANTED.** On remand, Beam is entitled to payment of benefits as of his first date of eligibility.

IT IS SO ORDERED.

Dated this 10th day of October, 2014.

Ronald B. Leighton
United States District Judge

ORDER - 1